

**Bowen Greenwood**
**CLERK**

**State of Montana**
**Office of Clerk of the Supreme Court**
**P.O. Box 203003**
**Helena, 59620-3003**
**406-444-3858 phone**
**406-444-5705 fax**

# DOCUMENT UNAVAILABLE

# FOR VIEWING

If you have questions, contact the Office of the Clerk of the Supreme Court at (406) 444-3858